# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00249-CR

**Mehdi Hassanali Patel, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CR-07-203572, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

A jury found appellant Mehdi Hassanali Patel guilty of assault with family violence. The court sentenced appellant to one year in jail and a $4000 fine, but suspended imposition of sentence and placed appellant on community supervision.

Appellant was represented by retained counsel at trial. Appellant hired a different lawyer to file a motion for new trial, which was overruled. Appellant then filed a pro se notice of appeal. Appellant has never claimed to be indigent.

A reporter's record was not requested and, after appellant was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's record. *See* Tex. R. App. P. 37.3(c)(1). The trial court found that appellant was deported to Canada following his arrest for a controlled substance offense and that he has not made arrangements for filing a brief.

*See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Patterson, Pemberton and Waldrop

Affirmed

Filed: May 27, 2009

Do Not Publish